1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT
10           WESTERN DISTRICT OF WASHINGTON

11  ANEESAH R. MAHASIN,                    Civil  No.  2:07-CV-1911-RSL
12
           Plaintiff,
13
           vs.
14
15  MICHAEL J. ASTRUE,                     ORDER FOR REMAND
    Commissioner of Social Security,
16
17         Defendant

18
19          Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's
20  final decision be reversed and remanded for further proceedings pursuant to sentence four of
21  42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council
22  will remand this case to the Administrative Law Judge (ALJ) to:  (1) reevaluate Plaintiff's
    credibility; (2) reassess the medical opinion evidence, giving legally sufficient reasons for rejecting
23
24  any opinion(s); and (3) reassess Plaintiff's residual functional capacity (RFC), incorporating
25  limitations included in the medical evidence that is not specifically rejected.  Plaintiff may also
26
27
28  Page 1          ORDER

present new arguments and further medical evidence, if such evidence becomes available.

This case is reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

Dated this 12th day of May, 2008.

Robert S. Lasnik
United States District Judge

Page 2          ORDER